■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORSON DICKENSON, Appellant. [691 NYS2d 769] —Judgments, Supreme Court, Bronx County (John Byrne, J., at pleas; Lawrence Bernstein, J., at sentence), rendered August 17, 1994,

convicting defendant of conspiracy in the second degree and grand larceny in the third degree, and sentencing him to concurrent terms of 3 to 9 years and 1 to 3 years, respectively, unanimously affirmed.

Since defendant's challenge to the sufficiency of the indictment is a claim of factual insufficiency, such claim is waived by defendant's guilty plea (*People v Iannone*, 45 NY2d 589, 600-601), as well as being unpreserved and without merit.

We perceive no abuse of sentencing discretion. Concur—Nardelli, J. P., Williams, Tom, Wallach and Andrias, JJ.